1  Ryan Lee (SBN: 235879)
   KROHN & MOSS, LTD.
   10474 Santa Monica Blvd., Suite 401
2  Los Angeles, CA 90025
   Tel: 323-988-2400 x241
3  Fax: 866-583-3695
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   DANIEL & THERESA DRAKE
5

   Andrew Steinheimer (SBN: 200524)
6  ELLIS LAW GROUP, LLP
   740 University Avenue, Suite 100
7  Sacramento, CA 95825
   Tel: 916-283-8820
8  Fax: 916-283-8821
   asteinheimer@ellislawgroup.com
9  Attorneys for Defendant,
   BRIDGEPORT FINANCIAL, INC.
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL & THERESA DRAKE, | Case No. C 12-06499 SC |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| BRIDGEPORT FINANCIAL, INC., | **Date:** July 19, 2013 |
| Defendant. | **Time:** 10:00 a.m. |
| | **Location:** Courtroom 1, 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 |
| | **Judge:** Honorable Samuel Conti |

The undersigned counsel hereby stipulate and request that this Honorable Court continue the current Case Management Conference currently on calendar for July 19, 2013 to August 9, 2013 to allow the parties to finalize settlement and dismiss the above captioned matter.

//

//

//

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | DATED: July 16, 2013 | KROHN & MOSS, LTD. |

By: /s/ Ryan Lee          .
    Ryan Lee

Attorney for Plaintiff

RESPECTFULLY SUBMITTED,
ELLIS LAW GROUP

DATED: July 16, 2013

By: /s/ *Andrew Steinheimer*_____
    Andrew Steinheimer
    Attorney for Defendant

07/16/2013

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

3244272v1 0940814