```
 1  Ryan Lee (SBN: 235879)
    KROHN & MOSS, LTD.
 2  10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Tel: 323-988-2400 x241
 3  Fax: 866-583-3695
    rlee@consumerlawcenter.com
 4  Attorneys for Plaintiff,
    DANIEL & THERESA DRAKE
 5
    Andrew Steinheimer (SBN: 200524)
 6  ELLIS LAW GROUP, LLP
    740 University Avenue, Suite 100
 7  Sacramento, CA 95825
    Tel: 916-283-8820
 8  Fax: 916-283-8821
    asteinheimer@ellislawgroup.com
 9  Attorneys for Defendant,
    BRIDGEPORT FINANCIAL, INC.
10
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL & THERESA DRAKE, | ) Case No. C 12-06499 SC |
| Plaintiffs, | ) |
| v. | ) **JOINT STIPULATION TO CONTINUE** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| BRIDGEPORT FINANCIAL, INC., | ) |
| Defendant. | ) **Date:** July 19, 2013 |
| | ) **Time:** 10:00 a.m. |
| | ) **Location:** Courtroom 1, 17th Floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 |
| | ) **Judge:** Honorable Samuel Conti |

The undersigned counsel hereby stipulate and request that this Honorable Court continue the current Case Management Conference currently on calendar for July 19, 2013 to August 9, 2013 to allow the parties to finalize settlement and dismiss the above captioned matter.

//

//

//

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | DATED: July 16, 2013 | KROHN & MOSS, LTD. |
| 4 | | By: /s/ Ryan Lee            . |
| | | Ryan Lee |
| 5 | | Attorney for Plaintiff |
| 7 | | RESPECTFULLY SUBMITTED, |
| 8 | DATED: July 16, 2013 | ELLIS LAW GROUP |
| 11 | | By: /s/ *Andrew Steinheimer*_____ |
| | | Andrew Steinheimer |
| | | Attorney for Defendant |

**IT IS SO ORDERED**
07/16/2013
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA