Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
DANIEL DRAKE AND THERESA DRAKE

Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com
Attorney for Defendant
BRIDGEPORT FINANCIAL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL DRAKE AND THERESA DRAK<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>Defendant. | Case No.: 3:12-cv-06499-SC<br><br>STIPULATION TO DISMISS |

## **STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiffs, DANIEL AND THERESA DRAKE, and Defendant, BRIDGEPORT FINANCIAL, INC., hereby stipulate to dismiss the above-entitled case with prejudice.

1

2 Dated: August 8, 2013                                    KROHN & MOSS, LTD.

3                                                         By:   /s/ Ryan Lee, Esq.
                                                          Ryan Lee, Esq.
4                                                         Attorney for Plaintiff

5

6 DATED:  August 8, 2013                          ELLIS LAW GROUP

7

8                                           By: /s/ *Amanda N. Griffith*

9                                               Amanda N. Griffith
                                                Attorney for Defendant

10

