1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 405
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  DANIEL DRAKE AND THERESA DRAKE

6  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
7  Amanda N. Griffith
   ELLIS LAW GROUP, LLP
8  740 University Avenue, Suite 100
   Sacramento, CA  95825
9  Tel: (916) 283-8820
   Fax: (916) 283-8821
10 mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
11 agriffith@ellislawgrp.com
   Attorney for Defendant
12 BRIDGEPORT FINANCIAL, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL DRAKE AND THERESA DRAK<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGEPORT FINANCIAL, INC.,<br><br>Defendant. | Case No.: 3:12-cv-06499-SC<br><br>STIPULATION TO DISMISS |

### STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs, DANIEL AND THERESA DRAKE, and Defendant, BRIDGEPORT FINANCIAL, INC., hereby stipulate to dismiss the above-entitled case with prejudice.

Dated: August 8, 2013                             KROHN & MOSS, LTD.

                                           By:     /s/ Ryan Lee, Esq.
                                           Ryan Lee, Esq.
                                           Attorney for Plaintiff

DATED:  August 8, 2013                            ELLIS LAW GROUP


                                       By: /s/ *Amanda N. Griffith*

                                           Amanda N. Griffith
                                           Attorney for Defendant



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
08/08/2013
IT IS SO ORDERED
Judge Samuel Conti